(No. 5773— )

CARL ANIS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF
PUBLIC AID, Respondent.

*Opinion filed August 30, 1971.*

CARL ANIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.